IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cr-00080-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MATTHEW DONTE YOUNG ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on various *pro se* correspondence from Defendant (the "Correspondence," Doc. 70).[1]

To the extent the Correspondence can be construed as being a motion or as seeking any relief in this case, such motion/request does not comply with the Local Rules, as Defendant is represented. See LCrR. 47.1(g). Defendant remains free to make any appropriate motions, through counsel.

Accordingly, to the extent Defendant's Correspondence can be construed as being a motion or as seeking any relief, it is **DENIED**.

It is so ordered.

Signed: February 28, 2023

W. Carleton Metcalf
United States Magistrate Judge

---

[1] The undersigned was not aware of the Correspondence during the proceedings on February 27, 2023, and it was not brought to the Court's attention by any party at that time.

1